———o———

SILVERS *v.* THE JUNCTION RAILROAD COMPANY ET AL.*

From the Hancock Circuit Court.

*W. March,* for appellant.

*M. E. Forkner* and *E. H. Bundy,* for appellees.

PETTIT, C. J.—The submission is set aside for not complying with rule 19, in numbering the lines and making marginal notes.

* November term, 1872.